No. 39546.—Protests 508973–G, etc., of Aberfoyle Mfg. Co. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 39547.—Protests 505389–G, etc., of Douglas Brown & Co., Inc., et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 39548.—Protests 958833–G, etc., of Wagner-Watrous, Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of aneroid barometers the same as those passed upon in United States v. Oppleman (25 C. C. P. A. 168, T. D. 49271). The claim at 27½ percent under paragraph 372 was therefore sustained.

BEFORE THE THIRD DIVISION, OCTOBER 6, 1938

No. 39549.—Protest 924873–G of Schratter Corp. (New York).

Opinion by CLINE, J. It was found that the weight of evidence indicated that the paper label containing the shipping marks and the proper marking legend was securely pasted on the head of the cask when it was landed on the pier. On the authority of Asiam v. United States (25 C. C. P. A. 68, T. D. 49065) the protest was sustained.

No. 39550.—Protests 731140–G (A), etc., of Schenley Import Co. et al. (Baltimore, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 39551.—Petition 5363–R of Brinsmaid Co. (Des Moines).

Opinion by CLINE, J. It appeared that the undervaluation was due solely to an error on the part of the petitioner. As there was no intention to defraud the revenue or to conceal or misrepresent the facts, or to deceive the appraiser, the petition was granted.